**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wede Roberta Sayeh,

      Plaintiff,   Civil No. 08-4946 (RHK/JJK)

vs.   **DISQUALIFICATION AND**
**ORDER FOR REASSIGNMENT**

Denise M. Frazier, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 21, 2008

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge